IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3077 |
| V. | ) | |
| JOSE ALBERTO MONTEJO-RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion (filing no. 42) to dismiss Counts II, III and IV of the indictment with prejudice is granted.

DATED this 22nd day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge